# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PAMELA WEBB PRECCIELY

VERSUS

U.S. BANK TRUST, N.A., ET AL.

CIVIL ACTION

NO. 19-416-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 34) dated January 23, 2020, to which objections were filed (Docs. 35 and 38);

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. 9) is GRANTED, REMANDING this matter to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on February 7, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**